1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

9

LUNA ORAIVEJ,

Case No. C15-630-JPD

10

               Plaintiff,

v.

ORDER GRANTING PLAINTIFF'S
UNOPPOSED MOTION FOR AWARD
OF ATTORNEY'S FEES PURSUANT
TO 42 U.S.C. § 406(b)

11

12

NANCY A. BERRYHILL, Deputy
Commissioner of Social Security for
Operations,

13

14

               Defendant.

15

16    This matter comes before the Court on plaintiff's unopposed motion for award of

17    attorney's fees pursuant to 42 U.S.C. § 406(b). Dkt. 22. The Court, having considered the

18    contentions of plaintiff and all supporting materials, including defendant's assertion that the

19    Commissioner "has no objection to this request," Dkt. 24 at 1, hereby ORDERS as follows:

20        (1)    Plaintiff's motion, Dkt. 22, is GRANTED. Plaintiff's attorney, Rosemary B.

21    Schurman, is awarded attorney's fees pursuant to 42 U.S.C. § 406(b) in the amount of

22    $16,626.83, *less* a previously awarded EAJA fee totaling $7,018.16 to equal a total fee of

23    $9,608.67.

24        (2)    Defendant shall release the fee of $9,608.57 minus any applicable processing

25    fee to plaintiff's attorney, Rosemary B. Schurman, at 8123 NE 115 Way, Kirkland, WA

26    98034 or via automatic deposit.

ORDER
PAGE - 1

1      (3)     The Clerk is directed to send a copy of this Order to all counsel of record.

2      DATED this 30th day of May, 2018.

3

4                            *James P. Donohue*

                           JAMES P. DONOHUE

5                            United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER
PAGE - 2